1  CHARLES F. PREUSS (State Bar No. 45783)
2  BRENDA N. BUONAIUTO (State Bar No. 173919)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
5  charles.preuss@dbr.com
   brenda.buonaiuto@dbr.com

6  Attorneys for Defendants
7  ORTHO-MCNEIL PHARMACEUTICAL, INC., now
   known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.,
8  and MCKESSON CORPORATION

9             UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

12  MIRANDA ADAMS, an individual;           Case No. 08 0731
    AUDREY ALEXANDER, an individual;
13  FALLON ARENIVAS, an individual;         DISCLOSURE STATEMENT OF
    CORRINE BELLUCCI, an individual;        MCKESSON CORPORATION
14  RAQUEL BOONE, an individual;            [F.R.C.P. 7.1]
    DANIELLE BOUDREAUX, an individual;
15  TASHIANA BRADLEY, an individual;
    CHERI BRANHAM, an individual;
16  RHONDA CARTER, an individual; TAMU
    CARTER, an individual; STARSHA
17  CLOSE, an individual; THOMASITA
    CURLEY, an individual; ONILDA
18  DASILVA, an individual; ADELE
    DUPLECHAIN, an individual; SYLVIA
19  EDWARDS, an individual; MISHEKIA
    FREELON, an individual; RENATA
20  GAINES, an individual; JANET GUIDRY,
    an individual; VICTORIA HARRIS, an
21  individual; APRIL JANUTOLO, an
    individual; OLIVIA JOSEPH, an individual;
22  CHRISTINA MARK, an individual;
    SHARON MARSHALL-FRYER, an
23  individual; ANNA MARTINEZ, an
    individual; JESSICA MCDANIEL, an
24  individual; JANICE MCDONALD, an
    individual; KELVANNTI MORGAN, an
25  individual; WANDA MORGAN, an
    individual; KELSEY MUNYON, an
26  individual; TONI NICHOLS, an individual;
    LAKISHA PACE, an individual; ASHLEY
27  PARKER, an individual; YOLANDA
    PAGE, an individual; ANGELICA PEREZ,
28  an individual; STEPHANIE REAY, an

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

394619v1

DISCLOSURE STATEMENT                                              CASE NO.

| | |
|---|---|
| 1 | individual; IVONNE CLAUDIO REYES, an individual; NICHOLE SHULTZ, an |
| 2 | individual; CASSANDRA SLIMMER, an individual; NANCY STARTS, an |
| 3 | individual; RHONDA STYLES, an individual; MICHELLE TAYLOR- |
| 4 | JANSEN, an individual; KEMBLEY THOMAS, an individual; TOINETTA |
| 5 | VANHORN, an individual; CAMILLE WILLIAMS, an individual; |
| 6 | |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; |
| 10 | MCKESSON CORP. and DOES 1-500, inclusive, |
| 11 | Defendants. |

Pursuant to Federal Rule of Civil Procedure. 7.1, defendant McKesson Corporation ("McKesson") submits the following disclosure statement: There is no parent corporation of McKesson, and no publicly held corporation owns 10% or more of its stock.

Dated: January 31, 2008

DRINKER BIDDLE & REATH

*/s/ Brenda Buonaiuto*

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

394619v1

DISCLOSURE STATEMENT                                                    1                                                    CASE NO.