
CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
brenda.buonaiuto@dbr.com

ORIGINAL FILED
08 JAN 31 PM 1:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MIRANDA ADAMS, an individual; AUDREY ALEXANDER, an individual; FALLON ARENIVAS, an individual; CORRINE BELLUCCI, an individual; RAQUEL BOONE, an individual; DANIELLE BOUDREAUX, an individual; TASHIANA BRADLEY, an individual; CHERI BRANHAM, an individual; RHONDA CARTER, an individual; TAMU CARTER, an individual; STARSHA CLOSE, an individual; THOMASITA CURLEY, an individual; ONILDA DASILVA, an individual;ADELE DUPLECHAIN, an individual; SYLVIA EDWARDS, an individual; MISHEKIA FREELON, an individual; RENATA GAINES, an individual; JANET GUIDRY, an individual; VICTORIA HARRIS, an individual; APRIL JANUTOLO, an individual; OLIVIA JOSEPH, an individual; CHRISTINA MARK, an individual; SHARON MARSHALL-FRYER, an individual; ANNA MARTINEZ, an individual; JESSICA MCDANIEL, an individual; JANICE MCDONALD, an individual; KELVANNTI MORGAN, an individual; WANDA MORGAN, an individual; KELSEY MUNYON, an individual; TONI NICHOLS, an individual; LAKISHA PACE, an individual; ASHLEY PARKER, an individual; YOLANDA PAGE, an individual; ANGELICA PEREZ, an individual; STEPHANIE REAY, an

Case No. C 08 0731

**DISCLOSURE STATEMENT OF ORTHO-MCNEIL PHARMACEUTICAL, INC. [F.R.C.P. 7.1]**

individual; IVONNE CLAUDIO REYES, an individual; NICHOLE SHULTZ, an individual; CASSANDRA SLIMMER, an individual; NANCY STARTS, an individual; RHONDA STYLES, an individual; MICHELLE TAYLOR-JANSEN, an individual; KEMBLEY THOMAS, an individual; TOINETTA VANHORN, an individual; CAMILLE WILLIAMS, an individual;

Plaintiffs,

v.

ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,

Defendants.

Pursuant to Federal Rule of Civil Procedure. 7.1, defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., submits the following disclosure statement: Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of Johnson & Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member of the limited liability company Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

Dated: January 31, 2008

DRINKER BIDDLE & REATH

[signature]

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION