ORIGINAL FILED

1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   charles.preuss@dbr.com
5  brenda.buonaiuto@dbr.com

6  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC., now
7  known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.,
8  and MCKESSON CORPORATION

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION

12 | MIRANDA ADAMS, an individual; AUDREY ALEXANDER, an individual; FALLON ARENIVAS, an individual; CORRINE BELLUCCI, an individual; RAQUEL BOONE, an individual; DANIELLE BOUDREAUX, an individual; TASHIANA BRADLEY, an individual; CHERI BRANHAM, an individual; RHONDA CARTER, an individual; TAMU CARTER, an individual; STARSHA CLOSE, an individual; THOMASITA CURLEY, an individual; ONILDA DASILVA, an individual; ADELE DUPLECHAIN, an individual; SYLVIA EDWARDS, an individual; MISHEKIA FREELON, an individual; RENATA GAINES, an individual; JANET GUIDRY, an individual; VICTORIA HARRIS, an individual; APRIL JANUTOLO, an individual; OLIVIA JOSEPH, an individual; CHRISTINA MARK, an individual; SHARON MARSHALL-FRYER, an individual; ANNA MARTINEZ, an individual; JESSICA MCDANIEL, an individual; JANICE MCDONALD, an individual; KELVANNTI MORGAN, an individual; WANDA MORGAN, an individual; KELSEY MUNYON, an individual; TONI NICHOLS, an individual; LAKISHA PACE, an individual; ASHLEY PARKER, an individual; YOLANDA PAGE, an individual; ANGELICA PEREZ, an individual; STEPHANIE REAY, an | Case No. 0731

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
[CIV. L.R. 3-16]

individual; IVONNE CLAUDIO REYES, an individual; NICHOLE SHULTZ, an individual; CASSANDRA SLIMMER, an individual; NANCY STARTS, an individual; RHONDA STYLES, an individual; MICHELLE TAYLOR-JANSEN, an individual; KEMBLEY THOMAS, an individual; TOINETTA VANHORN, an individual; CAMILLE WILLIAMS, an individual;

           Plaintiffs,

v.

ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,

           Defendants.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of Johnson & Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member of the limited liability company Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

Dated: January 31, 2008

DRINKER BIDDLE & REATH

*/s/ Brenda Buonaiuto/*
CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. and MCKESSON CORPORATION