CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
brenda.buonaiuto@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC.
and MCKESSON CORPORATION

ORIGINAL FILED
08 JAN 31 PM 1:06
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MIRANDA ADAMS, an individual; AUDREY ALEXANDER, an individual; FALLON ARENIVAS, an individual; CORRINE BELLUCCI, an individual; RAQUEL BOONE, an individual; DANIELLE BOUDREAUX, an individual; TASHIANA BRADLEY, an individual; CHERI BRANHAM, an individual; RHONDA CARTER, an individual; TAMU CARTER, an individual; STARSHA CLOSE, an individual; THOMASITA CURLEY, an individual; ONILDA DASILVA, an individual; ADELE DUPLECHAIN, an individual; SYLVIA EDWARDS, an individual; MISHEKIA FREELON, an individual; RENATA GAINES, an individual; JANET GUIDRY, an individual; VICTORIA HARRIS, an individual; APRIL JANUTOLO, an individual; OLIVIA JOSEPH, an individual; CHRISTINA MARK, an individual; SHARON MARSHALL-FRYER, an individual; ANNA MARTINEZ, an individual; JESSICA MCDANIEL, an individual; JANICE MCDONALD, an individual; KELVANNTI MORGAN, an individual; WANDA MORGAN, an individual; KELSEY MUNYON, an individual; TONI NICHOLS, an individual; LAKISHA PACE, an individual; ASHLEY PARKER, an individual; YOLANDA PAGE, an individual; ANGELICA PEREZ, an individual; STEPHANIE REAY, an

Case No. C 08 0731

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**
[CIV. L.R. 3-13]

individual; IVONNE CLAUDIO REYES, an individual; NICHOLE SHULTZ, an individual; CASSANDRA SLIMMER, an individual; NANCY STARTS, an individual; RHONDA STYLES, an individual; MICHELLE TAYLOR-JANSEN, an individual; KEMBLEY THOMAS, an individual; TOINETTA VANHORN, an individual; CAMILLE WILLIAMS, an individual;

Plaintiffs,

v.

ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,

Defendants.

Pursuant to Civil L.R. 3-13, defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP"), now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc. ("OMPJI"), and McKesson Corporation ("McKesson) (collectively "Defendants") submit the following Notice of Pendency of Other Action or Proceeding:

On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK. To date, over 900 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending. Defendants have requested that this action be deemed a "tag-along" and transferred to MDL No. 1742. Pursuant to Civil L.R. 3-13, defendants therefore respectfully request that this Court stay this action, pending transfer to the MDL, to achieve the judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve resources, and promote an efficient determination of the action.

Please take notice that, in addition to MDL No. 1742, the following state court actions also allege product liability claims against OMP, now known as OMPJI, and/or other Johnson & Johnson companies related to use of the prescription drug Ortho Evra®:

1. *In re Ortho Evra Birth Control Patch Litigation*, Superior Court of New Jersey, Middlesex County, Case No. 275. To date, over 450 cases have been filed in the Superior Court of New Jersey;

2. *In Re Ortho Evra ® Litigation*, Judicial Council Coordination Proceeding No. 4506, Superior Court of California, County of Los Angeles. To date, 59 California state court cases have been filed in and/or added to this coordinated proceeding and there are add-on petitions to be filed or pending in an additional 13 California state court cases;

3. *Faulkner, Raquel v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Institute; Stanley L. Smith, Jr., M.D.; Stanley L. Smith, Jr., M.D. P.C.; Methodist Healthcare; Methodist Healthcare Memphis Hospitals, d/b/a, Methodist Germantown; Norberto R. Rojas, M.D.; and Medical Anesthesia Group, A Professional Association*, Circuit Court of Shelby County, Tennessee, Case No. CI-005867-06;

4. *Greene, Stephanie v. Planned Parenthood Federation America, Inc.; Planned Parenthood of Wisconsin, Inc.; Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Organon USA, Inc.*, Circuit Court of Milwaukee County, State of Wisconsin, Cause No. 06-9081;

5. *Hale, Ronald and Hale, Johnna, Individually and as Next of Friend and Special Administrators of the Estate of Jalisa K. Hale, deceased v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; Dr. Elisa Crouse, O.B.G.Y.N., Doctor Does 1-5; Corporate Does 1-5; and John and/or Jane Does 1-5*, District Court of Oklahoma County, State of Oklahoma, Case No. 06-7403;

6. *Hunt, Tracy v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson;*

1 *and Johnson & Johnson Pharmaceutical Research and Development, L.L.C., f/k/a R.W.*
2 *Johnson Pharmaceutical Research Institute*, Third Judicial Circuit, Madison County,
3 Illinois, Cause No. 0193-06;

4    7.   *Jackson, Lealer Administratrix of the estate of Jackson, Marion, deceased*
5 *on behalf of the estate and its statutory heirs v. Johnson & Johnson; Johnson & Johnson*
6 *Pharmaceutical Research & Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical*
7 *Research Institute and Ortho-McNeil Pharmaceutical, Inc.*, In the Circuit Court of
8 Jefferson County, Arkansas, Civ – 07844-5;

9    8.   *Kendall, Chabrel J. and Kendall, Dennis E. and Ricard D. Nelson, Esq. v.*
10 *Johnson & Johnson, Ortho McNeil-Pharmaceutical, Johnson & Johnson Pharmaceutical*
11 *Research & Development, LLC, Alza Corporation and John/Jane Does 1 through 25,*
12 *Inclusive*, Court of Common Pleas, Cuyahoga County, Ohio, Case No. 07-641544;

13    9.   *LeFebvre, Michael, as trustee for the next-of-kin of LeFebvre, Jessica,*
14 *deceased v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research &*
15 *Development, L.L.C., Ortho-McNeil Pharmaceutical, Inc., Quello Clinic Ltd., and Gary*
16 *P. Brandeland, M.D.*, State of Minnesota, County of Hennepin, District Court, Fourth
17 Judicial District, case number is unassigned;

18    10. *McNichols, Jennifer v. Johnson & Johnson; Johnson & Johnson*
19 *Pharmaceutical Research and Development, L.L.C.; Ortho-McNeil Pharmaceutical, Inc.;*
20 *and Walgreen's Co.*, Third Judicial Circuit, Madison County, IL, Case No. 06-L-69;

21    11. *Neal, Miriam v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson*
22 *Corporation; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.;*
23 *Fulton-Dekalb Hospital Authority d/b/a Grady Health Systems; The Emory Clinic, Inc.;*
24 *Emory University, Inc.; Morehouse Medical Associates, Inc.; Morehouse Medical School*
25 *Inc.; Hugh Randall, M.D.; John/Jane Does 1-10; and ABC Corps. 1-5*, Court of Dekalb
26 County, Georgia, Civil Action No. 06A-54270-2; and

27    12. *Theis, Jill, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
28 *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*

*R.W. Johnson Pharmaceutical Research Institute; and Walgreen Co.*, Third Judicial Circuit, Madison County, Illinois, Cause No. 2006-L-784.

Dated: January 31, 2008

DRINKER BIDDLE & REATH

*/s/ Brenda N. Buonaiuto*
CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION