CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
brenda.buonaiuto@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRANDA ADAMS, an individual; AUDREY ALEXANDER, an individual; FALLON ARENIVAS, an individual; CORRINE BELLUCCI, an individual; RAQUEL BOONE, an individual; DANIELLE BOUDREAUX, an individual; TASHIANA BRADLEY, an individual; CHERI BRANHAM, an individual; RHONDA CARTER, an individual; TAMU CARTER, an individual; STARSHA CLOSE, an individual; THOMASITA CURLEY, an individual; ONILDA DASILVA, an individual; ADELE DUPLECHAIN, an individual; SYLVIA EDWARDS, an individual; MISHEKIA FREELON, an individual; RENATA GAINES, an individual; JANET GUIDRY, an individual; VICTORIA HARRIS, an individual; APRIL JANUTOLO, an individual; OLIVIA JOSEPH, an individual; CHRISTINA MARK, an individual; SHARON MARSHALL-FRYER, an individual; ANNA MARTINEZ, an individual; JESSICA MCDANIEL, an individual; JANICE MCDONALD, an individual; KELVANNTI MORGAN, an individual; WANDA MORGAN, an individual; KELSEY MUNYON, an individual; TONI NICHOLS, an individual; LAKISHA PACE, an individual; ASHLEY PARKER, an individual; YOLANDA PAGE, an individual; ANGELICA PEREZ, an individual; STEPHANIE REAY, an | Case No. **CERTIFICATE OF SERVICE** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE                                                                 CASE NO.

1  individual; IVONNE CLAUDIO REYES, an individual; NICHOLE SHULTZ, an
2  individual; CASSANDRA SLIMMER, an individual; NANCY STARTS, an
3  individual; RHONDA STYLES, an individual; MICHELLE TAYLOR-
4  JANSEN, an individual; KEMBLEY THOMAS, an individual; TOINETTA
5  VANHORN, an individual; CAMILLE WILLIAMS, an individual;

            Plaintiffs,

        v.

ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,

            Defendants.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE                        1                              CASE NO.

# CERTIFICATE OF SERVICE

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On January 31, 2008, I caused to be served the following document(s):

1. **Civil Cover Sheet;**

2. **Notice of Removal and Removal of Action Under 28 U.S.C. Section 1441(b) [Diversity];**

3. **Notice of Pendency of Other Action or Proceeding [CIV. L.R. 3-13];**

4. **Declaration of Brenda N. Buonaiuto in Support of Notice of Removal and Removal of Action Under 28 U.S.C. Secton 1441(b) [Diversity];**

5. **Defendants' Certification of Interested Entities or Persons [CIV. L. R. 3-16];**

6. **Disclosure Statement of Ortho-McNeil Pharmaceutical, Inc. [F.R.C.P. 7.1];**

7. **Disclosure Statement of McKesson Corporation [F.R.C.P. 7.1];**

8. **Defendants' Answer to First Amended Complaint; Demand for Jury Trial.**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Shawn Khorrami, Esq.
KHORRAMI, POLLARD & ABIR, LLP
444 S. Flower Street
Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Attorneys for Plaintiffs

Brian Kabateck, Esq.
KABATECK BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90071
Telephone: (213) 217-5000
Attorneys for Plaintiffs

Michael S. Burg, Esq.
BURG SIMPSON ELDREDGE HERSH JARDINE PC
40 Inverness Drive East
Denver, CO 80112
Telephone: (303) 792-5595
Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the United States District Court, Northern District of California that the above is true and correct.

Executed on January 31, 2008 at San Francisco, California.

_____
GLORIA CADENA

 

*package id*
0039029
*ship date*
Thu, Jan 31
*to*
Michael S. Burg, Esq.
Burg Simpson Eldredge Hersh
40 Inverness Dr E
Englewood, CO 80112-5481 US
303-792-5595
*residential address*
No
*return label*
No

*notification type*
Label Creation
Delivery
*notification recipients*
gloria.cadena@dbr.com
brenda.buonaiuto@dbr...

*from*
Gloria Cadena
(CADENAGM)
Drinker Biddle & Reath LLP
50 Fremont Street
San Francisco, CA 94105 US
415-591-7523
*billing*
Johnson & Johnson.EVRA - GENERAL COUNSELING (040729.219378)
Adams Removal
*operator*
Gloria Cadena
415-591-7500
gloria.cadena@dbr.com
*create time*
01/31/08, 3:46PM

*vendor*
FedEx
*tracking number*
798864685691
*service*
FedEx Standard Overnight
*packaging*
FedEx Pak
*dimensions*
1.0 LBS
*signature*
Direct signature - at address

*courtesy quote*
25.68
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC. Other product and company names listed are trademarks or trade names of their respective companies.

 

*package id*
0039028
*ship date*
Thu, Jan 31
*to*
Brian Kabateck, Esq.
KABATECK BROWN KELLNER, LLP
644 S Figueroa St
Los Angeles, CA 90017-3411 US
213-217-5000
*residential address*
No
*return label*
No

*notification type*
Label Creation
Delivery
*notification recipients*
gloria.cadena@dbr.com
brenda.buonaiuto@dbr...

*from*
Gloria Cadena
(CADENAGM)
Drinker Biddle & Reath LLP
50 Fremont Street
San Francisco, CA 94105 US
415-591-7523
*billing*
Johnson & Johnson.EVRA - GENERAL COUNSELING
(040729.219378)
Adams - Removal
*operator*
Gloria Cadena
415-591-7500
gloria.cadena@dbr.com
*create time*
01/31/08, 3:44PM

*vendor*
FedEx
*tracking number*
798364918450
*service*
FedEx Standard Overnight
*packaging*
FedEx Pak
*dimensions*
1.0 LBS
*signature*
Direct signature - at address

*courtesy quote*
23.40
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

Legal Terms and Conditions
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC. Other product and company names listed are trademarks or trade names of their respective companies.

  

**package id**
0039027
**ship date**
Thu, Jan 31
**to**
Shawn Khorrami, Esq.
KHORRAMI POLLARD &
ABIR, LLP
444 S Flower St
Los Angeles, CA 90071-2901 US
213-596-6000
**residential address**
No
**return label**
No

**notification type**
Label Creation
Delivery
**notification recipients**
gloria.cadena@dbr.com
brenda.buonaiuto@dbr...

**from**
Gloria Cadena
(CADENAGM)
Drinker Biddle & Reath LLP
50 Fremont Street
San Francisco, CA 94105 US
415-591-7523
**billing**
Johnson & Johnson.EVRA -
GENERAL
COUNSELING
(040729.219378)
Adams v. Ortho Evra
Removal
**operator**
Gloria Cadena
415-591-7500
gloria.cadena@dbr.com
**create time**
01/31/08, 3:42PM

**vendor**
FedEx
**tracking number**
798364916630
**service**
FedEx Standard Overnight
**packaging**
FedEx Pak
**dimensions**
1.0 LBS
**signature**
Direct signature - at address

**courtesy quote**
23.40
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

**Legal Terms and Conditions**
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.