# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

February 15, 2008

Brian S. Kabateck                         Brenda N. Buonaiuto
Kabateck Brown Kellner                    Drinker Biddle & Reath
644 South Figueroa St.                    50 Fremont Street, 20th Floor
Los Angeles, CA   90071                   San Francisco, CA 94105

**Re:    MIRANDA ADAMS  v. ORTHO-MCNEIL**
         C08-00731 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **February 29, 2008.** These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

By: Karen L. Hom
    Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1

2

3

4                     UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   MIRANDA ADAMS, ET AL.,                    No.  C 08-00731 JCS

8              Plaintiff(s),                  **CONSENT TO PROCEED BEFORE A
                                             UNITED STATES MAGISTRATE JUDGE**
9          v.

10  ORTHO-MCNEIL, ET AL.,

11             Defendant(s).

12  _____/

13

14        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19  Appeals for the Ninth Circuit

20

21  Dated: _____        _____
                                                Signature
22

23                                             Counsel for _____
                                               (Name or party or indicate "pro se")
24

25

26

27

28

2

United States District Court

For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    MIRANDA ADAMS, ET AL.,                        No.  C 08-00731 JCS

8                 Plaintiff(s),

9        v.                                        **DECLINATION TO PROCEED BEFORE
                                                   A MAGISTRATE JUDGE
                                                              AND**
10   ORTHO-MCNEIL, ET AL.,                         **REQUEST FOR REASSIGNMENT TO A
                                                   UNITED STATES DISTRICT JUDGE**
11               Defendant(s).

12   _____/

13

14         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15         The undersigned party in the above-captioned civil matter hereby declines to consent to the

16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17   requests the reassignment of this case to a United States District Judge.

18

19

20   Dated: _____        _____
                                            Signature
21

22                                          Counsel for _____
                                            (Name or party or indicate "pro se")
23

24

25

26

27

28

                                              3